UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

    VICKY SLOTH

                            Plaintiff(s)

      -vs-                                                        11-CV-6041-MAT

    CONSTELLATION BRANDS, INC, et al.

                            Defendant(s)
_____

        By letter dated July 20, 2011, plaintiff requests an extension of time to file her response to defendant's motion to dismiss and for summary judgment.  Counsel for the defendant consents to this request.  Accordingly, it is hereby,

        ORDERED, that plaintiff shall file her response no later than August 29, 2011. Defendant's replies, if any, shall be filed no later than September 12, 2011. Defendant's motion for summary judgment will be considered submitted without oral argument on September 15, 2011.

        ALL OF THE ABOVE IS SO ORDERED.


                                                S/ MICHAEL A. TELESCA
                                                MICHAEL A. TELESCA
                                                United States District Judge

Dated: July 21, 2011